**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: Erie Kash Out Properties, LLC     :         Chapter 11 Bankruptcy
                             :

                 Debtor     :         Docket Number: 26 - 11440 - amc
                             :
                             :

<u>**ORDER**</u>

        AND NOW, this    30th        day of    April          , 2026 upon review

and Debtor's Motion to Extend the Automatic Stay and any response thereto, it is hereby

ORDERED and DECREED that said Motion is GRANTED.

_____

Ashely M. Chan, Chief U.S. Bankruptcy Judge