**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Erie Kash Out Properties LLC,                          :          Case No.: 26 - 11440 - amc

                                                                        :

                    Debtor                                  :          Chapter 11 Subchapter V bankruptcy

**Interim Order Authorizing Use of Cash Collateral**

AND NOW, after consideration of the Motion for Interim Order Authorizing Use of Cash

Collateral filed by Debtor Erie Kash Out Properties LLC, with proper notice and opportunity for

hearing, and for good cause shown, it is hereby ORDERED that:

1. The Motion is GRANTED on an interim basis as set forth herein.

2. The Debtor is authorized to use cash collateral for the purpose of paying necessary

operating expenses, including but not limited to mortgage payments, property

insurance, and related preservation costs.

3. A final hearing on the continued use of cash collateral will be held on __July 22__ ,

2026, at __12:30 p.m.__ All objections must be filed no later than __July 15__ , 2026.

4. This order will remain in effect until further order of the court.

Date: April 30, 2026

_____

Ashely M. Chan, Chief U.S. Bankruptcy Judge