**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| Erie Kash Out Properties, LLC, | § | Case No. 26-11440-AMC |
| Debtor. | § | |

## CERTIFICATE OF NO RESPONSE REGARDING MOTION OF THE UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE (WITH A BAR TO REFILING) OR CONVERT TO CHAPTER 7 FOR FAILURE TO (I) DEMONSTRATE VIABLE PATH TO REORGANIZATION AND (II) COMPLY WITH COURT ORDER

The undersigned hereby certifies that the *Motion Of The United States Trustee To Dismiss Debtor's Case (With A Bar To Refiling) Or Convert To Chapter 7 For Failure To (i) Demonstrate Viable Path To Reorganization And (ii) Comply With Court Order* (Docket No. 71) (the "Motion") was filed on July 27, 2026.

The Motion was also served on July 27, 2026. *See,* Certificate of Service (Docket No. 74).

The undersigned further certifies that he has reviewed the docket in this case and that no objection or response to the Motion appears thereon. The deadline for filing and service of objections or responses to the Motion was August 18, 2026. *See*, Notice (Docket No. 73).

Accordingly, it is respectfully requested that the Court enter the proposed form of dismissal order filed with the Motion, a copy of which is reattached hereto.

Dated: August 27, 2026

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Region 3**

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov